UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :   16-cr-756 (JSR)
        -v-                         :
                                    :   ORDER UNSEALING DOCKET
ABSAR HAARIS,                       :   IN LARGE PART
                                    :
        Defendant.                  :
                                    :
------------------------------------x

JED S. RAKOFF, U.S.D.J.

   The Clerk of the Court is directed to fully unseal the docket in the above-captioned case, except for the following documents: the sentencing submission from the Defense dated November 8, 2019; and the letter from Government to the Court dated October 11, 2019 (including attachments). The parties are further directed to file redacted versions of the two above-mentioned documents. The Clerk of the Court is directed to maintain under seal the unredacted versions of these documents until otherwise directed by the Court.

   SO ORDERED.

Dated:   New York, NY                    _____
         August 12, 2020                 JED S. RAKOFF, U.S.D.J.