UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :   **SEALED ORDER**
        - v. -                   :
                                 :   16 Cr. ___ (JSR)
JOHN DOE,                        :
                                 :   **16 CRIM 756**
                Defendant.       :
- - - - - - - - - - - - - - - - X

    WHEREAS, an Application has been made by the United States of America, with the consent of the defendant ABSAR HAARIS ("the Defendant"), for the temporary sealing of filings and other docket entries regarding the Defendant in the above-captioned case;

    WHEREAS, the Court finds that the Defendant's safety may be placed at risk and active law enforcement investigations may be compromised if the Government's Application is not granted;

    IT IS HEREBY ORDERED that filings as to the Defendant in the above-captioned case be filed under seal until further order of the Court;

    IT IS FURTHER ORDERED that no docket entries as to the Defendant and no docket entries as to this case shall be made in the above-captioned matter until further Order of the Court;

IT IS FURTHER ORDERED that counsel for the Defendant and the Government may be provided a copy of the transcripts of proceedings in this matter without further Order of the Court; and

IT IS FURTHER ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

Dated: New York, New York
      November 15, 2016

_____
HONORABLE JED S. RAKOFF
United States District Judge
Southern District of New York