## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABSAR HAARIS,<br><br>Defendant. | Case No. 16-CR-756 (JSR)<br><br>**ORDER<br>EXONERATING BOND** |

WHEREAS, on November 15, 2016, this Court ordered the release of Mr. Haaris on a $500,000 personal recognizance bond, to be co-signed by one financially responsible person and secured by Mr. Haaris's apartment in New York City.

WHEREAS, on December 15, 2016, this Court modified the terms of Mr. Haaris's bond by permitting Mr. Haaris to post his parents' residence, instead of his own apartment, as collateral to secure the bond.

WHEREAS, Mr. Haaris has fully complied with the terms of his bond.

WHEREAS, on November 15, 2019, this Court sentenced Mr. Haaris to time served.

IT IS HEREBY ORDERED, upon the application of counsel for Mr. Haaris, that Mr. Haaris's bond in this matter is hereby exonerated and released, and all suretors on Mr. Haaris's bond and all property, including the real property posted as security for Mr. Haaris's bond, are also released from any liability in connection with said bond.

IT IS FURTHER ORDERED, that U.S. Pretrial Services or any other agency that has custody of Mr. Haaris's passport return it to Mr. Haaris or Mr. Haaris's counsel in this matter.

Dated: New York, New York
       November 16, 2020

SO ORDERED

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York