UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

ABSAR HAARIS,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

[Consent / ~~Proposed~~]
**ORDER OF RESTITUTION**

16 Cr. 756 (JSR)

THE HONORABLE JED S. RAKOFF, United States District Judge:

Upon the application of the United States of America, by its attorney, Ilan T. Graff, the Attorney for the United States acting under authority conferred by 28 U.S.C. § 515, Michael D. Neff and David M. Abramowicz, Assistant United States Attorneys, of counsel; the final Presentence Investigation Report; defendant ABSAR HAARIS's convictions on Counts One through Eight of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1.     **Amount of Restitution**

Defendant ABSAR HAARIS (the "defendant") shall pay restitution in the total amount of **$554,331.00**, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

A.   **Joint and Several Liability**

The defendant's restitution obligation (i) is joint and several, in full, with co-conspirator Asim Hameedi (*see* S3 17 Cr. 137 (JGK)), and (ii) is joint and several, in part, with co-conspirator Fawad Hameedi as to $189,375 (*see* S2 17 Cr. 137 (JGK)).

B.   **Apportionment Among Victims**

Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

2.   **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant shall commence monthly installment payments in an amount equal to at least 10% of the defendant's gross monthly income, payable on the first of each month, beginning in November 2021. The existence of a payment plan set by the Court, however, shall not bar any other governmental collection efforts against any of the defendant's available assets.

3.   **Payment Instructions**

The defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card, or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The

defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the defendant shall contact the Clerk's Office for wiring instructions.

All restitution payments made by defendants shall be distributed to CMS at:

> Centers for Medicare & Medicaid Services (CMS)
> c/o U.S. Department of Justice Lockbox
> P.O. Box 790363
> St. Louis, MO 63179-0363

4. **Additional Provisions**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the defendant's name, residence, or mailing address, or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this Order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

5. **Restitution Liability**

The defendant's liability to pay restitution shall terminate on the date that is 20 years from the entry of judgment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

ILAN T. GRAFF
Attorney for the United States, acting
under authority conferred by 28 U.S.C. § 515

By: _____          7/30/2021
     Michael D. Neff/David M. Abramowicz     DATE
     Assistant United States Attorneys
     One Saint Andrew's Plaza
     New York, NY 10007
     Tel.: (212) 637-2107/-6525

ABSAR HAARIS

By: ___/ Absar Haaris_____     09/23/2021
     ABSAR HAARIS                           DATE

By: _____          _____
     Michael Tremonte, Esq.                 DATE
     Noam Korati Biale, Esq.
     Sher Tremonte LLP
     90 Broad Street
     New York, NY 10004

SO ORDERED:

_____              9/27/21
THE HONORABLE JED S. RAKOFF            DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

ILAN T. GRAFF
Attorney for the United States, acting
under authority conferred by 28 U.S.C. § 515

By: _/s/ Michael D. Neff_  7/30/2021
    Michael D. Neff/David M. Abramowicz  DATE
    Assistant United States Attorneys
    One Saint Andrew's Plaza
    New York, NY 10007
    Tel.: (212) 637-2107/-6525

ABSAR HAARIS

By: _____  _____
    ABSAR HAARIS  DATE

By: /s/Noam Biale  9/24/21
    Michael Tremonte, Esq.  DATE
    Noam Korati Biale, Esq.
    Sher Tremonte LLP
    90 Broad Street
    New York, NY 10004

SO ORDERED:

_____  _____
THE HONORABLE JED S. RAKOFF  DATE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK